# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Falu-Mendoza

                V.                    **JUDGMENT IN A CIVIL CASE**

J.W. Sullivan

                                  CASE NUMBER:    07cv0068-J

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because the Petition is procedurally barred under § 2255 and § 2241, the Court dismisses the Petition................................................................................................................................

| May 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                     s/K. Johnson
                                                                     (By) Deputy Clerk

                                                                     ENTERED ON May 4, 2007